**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WINDSOR WEST VENTURES, LLC, | ) | 3:14-cv-00539-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| NEVADA URBAN INDIANS, INC., | ) | |
| Defendant. | ) | |

Defendant has filed a motion for judgment on the pleadings seeking dismissal of any claim plaintiff has for injunctive relief (#18, #19).  Plaintiff has opposed (#21).  Defendant's motion for judgment on the pleadings (#18) is premature and therefore **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

DATED: This 10th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE